# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153348(78)

MANITOU NORTH AMERICA, INC.,
            Plaintiff/Counterdefendant-
            Appellant/Cross-Appellee,

v

SC: 153348
COA: 324063
Ionia CC: 2007-025692-CZ

McCORMICK INTERNATIONAL, LLC,
            Defendant/Counterplaintiff-
            Appellee/Cross-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's September 6, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2017

Clerk

a0123